# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

November 8, 2023

*By the Court:*

|  | ASHOOR RASHO, et al., |
|---|---|
|  | Plaintiffs - Appellees |
| No. 22-2816 | v. |
|  | LATOYA HUGHES, et al., |
|  | Defendants - Appellants |
| **Originating Case Information:** | |
| District Court No: 1:07-cv-01298-MMM<br>Central District of Illinois<br>District Judge Michael M. Mihm | |

The following is before the court: **STATEMENT REGARDING NEW APPEAL**, filed on November 2, 2023, by counsel for the appellants.

Defendants-appellants have advised the court that they have filed a new appeal from the Rule 58 judgment in this case, which brings up for review all earlier rulings, including the fee payment order from September 13, 2022. *See Kunik v. Racine Cnty.*, 106 F.3d 168, 172-73 (7th Cir. 1997) ("the appeal from the final judgment in the action brings up all interlocutory rulings that preceded it"); Fed. R. App. P. 3(c)(4) ("The notice of appeal encompasses all orders that, for purposes of appeal, merge into the designated judgment or appealable order.") That new appeal has been docketed in this court as *Rasho v. Hughes*, Appeal No. 23-3110.

Only one appeal is necessary, the other should be dismissed. *Harris v. Bellin Memorial Hospital*, 13 F.3d 1082, 1083 (7th Cir. 1994). Accordingly,

**IT IS ORDERED** that defendants-appellants shall file, on or before November 22, 2023, a brief memorandum stating why this appeal should not be dismissed as unnecessary. A motion for voluntary dismissal pursuant to Fed. R. App. P. 42(b) will satisfy this requirement.

Briefing shall be **SUSPENDED** pending further court order.