# United States Court of Appeals
**For the Seventh Circuit**
**Chicago, Illinois 60604**

November 27, 2023

**By the Court:**

No. 22-2816

| | |
|---|---|
| ASHOOR RASHO, et al.,<br>　　*Plaintiffs - Appellees*, | Appeal from the United States District Court for the Central District of Illinois. |
| 　　v. | No. 1:07-cv-01298-MMM |
| LATOYA HUGHES, et al.,<br>　　*Defendants - Appellants*. | Michael M. Mihm,<br>　　*Judge*. |

**O R D E R**

On consideration of the memorandum filed by defendants-appellants on November 22, 2023,

IT IS ORDERED that defendants-appellants file, on or before December 11, 2023, a Status Report regarding the disposition of plaintiffs' Rule 59(e) motion.

Briefing shall continue to be SUSPENDED pending further court order.