No. 22-2816

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| ASHOOR RASHO, PATRICE DANIELS, GERRODO FORREST, KEITH WALKER, OTIS ARRINGTON, DONALD COLLINS, JOSEPH HERMAN, HENRY HERSMAN, RASHEED McGEE, FREDRICKA LYLES, CLARA PLAIR, DESIREE HOLLIS, CRYSTAL STONEBURNER, and FREDERICK WALKER | ) ) ) ) ) ) ) ) ) ) ) | Appeal from the United States District Court for the Central District of Illinois, Peoria Division |
| Plaintiffs-Appellees, | ) ) | No. 1:07-cv-01298-MMM |
| v. | ) ) | |
| LATOYA HUGHES, EDDIE JONES, WILLARD O. ELYEA, WENDY BLANK, JOHN GARLIC, ROBERTA FEWS, and MELODY FORD, | ) ) ) ) ) | |
| | ) ) | The Honorable MICHAEL M. MIHM, |
| Defendants-Appellants. | ) | Judge Presiding. |

**MOTION TO VOLUNTARILY DISMISS APPEAL**

Defendants-Appellants, Illinois Department of Corrections officials in their official capacities, move to voluntarily dismiss this appeal under Fed. R. App. P. 42(b) because this appeal has been rendered unnecessary by the appeal in *Rasho v. Hughes*, No. 23-3110.

Respectfully submitted,

KWAME RAOUL
Attorney General
State of Illinois

By: <u>/s/ Frank H. Bieszczat</u>
FRANK H. BIESZCZAT
Assistant Attorney General
115 South LaSalle Street
23rd Floor
Chicago, Illinois 60603
(312) 814-2090 (office)
(773) 590-7075 (cell)
Frank.Bieszczat@ilag.gov

## CERTIFICATE OF FILING AND SERVICE

I certify that on December 19, 2023, I electronically filed the foregoing Motion to Voluntarily Dismiss Appeal with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

I further certify that the other participants in this appeal are CM/ECF users and will be served by the CM/ECF system:

| | |
|---|---|
| Harold C. Hirshman | Nicole Schult |
| harold.hirshman@snrdenton.com | nicole@uplcchicago.org |

/s/ Frank H. Bieszczat
FRANK H. BIESZCZAT
Assistant Attorney General
115 South LaSalle Street
23rd Floor
Chicago, Illinois 60601
(312) 814-2090 (office)
(773) 590-7075 (cell)
Frank.Bieszczat@ilag.gov